Entered on Docket
May 18, 2015
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**IT IS SO ORDERED.**
Signed May 18, 2015

Arthur S. Weissbrodt
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 14-54303-ASW |
| MARGARITA MUNOZ HERNANDEZ, | Chapter 13 |
| Debtor. | Hrg. Date: May 19, 2015 |
| | Hrg. Time: 2:30 p.m. |

**COURT COMMENTS RE: OBJECTION TO CONFIRMATION
FILED BY BOSCO CREDIT, LLC**

Before the Court is the objection to confirmation of Debtor's chapter 13 plan filed by Creditor Bosco Credit LLC. Debtor is represented by attorney Susan Silveira, and Creditor is represented by attorney Daniel K. Fujimoto.

Creditor's objections appear to have been partially resolved with Debtor's filing of her Second Amended chapter 13 plan on April 14, 2015. The Second Amended Plan provides for arrearages of $70,208.43, and provides for a monthly (direct) payment of $431.12 or as adjusted according to the terms of the loan, subject to Creditor's compliance with Fed. R. Bankr. P. 3002.1.

The Second Amended Plan also indicates that Debtor reserves the right to challenge the amount of the arrears as well as the ownership and enforceability of the loan.

However, the issue of feasibility does not appear to be resolved. As noted by Creditor, Debtor's Schedule J indicates that Debtor has monthly disposable income of $307.03. However, a monthly payment of $1,170.14 for 60 months would be required to cure the pre-petition arrears of $70,208.43. Debtor's Second Amended Plan proposes no payment toward those arrears, and Debtor does not appear to have sufficient income to make payments of $1,170.14 toward the arrears. Therefore, it appears to the Court that the Second Amended Plan cannot be confirmed over Creditor's objection.

**\*\*\*END OF COURT COMMENTS\*\*\***

Court Service List